**Trinist C. WINSTON, Respondent,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, and Missouri Board of Probation and Parole, Appellants.**

**No. WD 66465.**

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Stephen D. Hawke, Jefferson City, MO, for appellants.

Trinist C. Winston, Vandalia, MO, respondent acting pro se.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

The Missouri Department of Corrections and Missouri Board of Probation and Parole appeal the circuit court's judgment granting Ms. Trinist Winston's petition for declaratory judgment.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).